## SOUTH TEXAS LLOYDS v. BRYANT.
### No. 3610.

Court of Civil Appeals of Texas. Beaumont.
Feb. 13, 1940.

Rehearing Denied Feb. 21, 1940.

Pitts & Liles, of Conroe, for appellant.

McComb & Davis, of Conroe, for appellee.

WALKER, Chief Justice.

This is a case of county court jurisdiction. Interest should have been awarded appellee on his recovery from the 14th day of April, 1939, instead of from the 19th day of October, 1938. This error was not called to the attention of the lower court. Reformed as to interest and affirmed without written opinion, with costs taxed against appellant. Texas & N. O. R. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040.